THOMAS F. PITARO, ESQ.
Nevada Bar No. 001332
1212 S. Casino Center Blvd.
Las Vegas, Nevada 89104
(702) 382-9221
Attorney for Defendant
**WILLIAM BONAPARTE**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-12-00132-MMD-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| WILLIAM BONAPARTE, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Nevada Southern Detention Center will provide access to an optometrist for William Bonaparte so that he may obtain eye glasses at no cost to Mr. Bonaparte.

**DATED** this the 10th day of Sept., 2012.

Robert J. Johnston
DISTRICT COURT JUDGE

3